UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ARTHUR BUCHANAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>PFIZER INC. and<br>ELI LILLY AND COMPANY,<br><br>    Defendants. | IN RE: VIAGRA (SILDENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION<br><br>Master Case No. 3:16-MD-02691-RS<br>MDL No. 2691<br><br>Case No.: 3:16-cv-04336<br><br>~~[PROPOSED]~~ **ORDER SHORTENING TIME** |

The Stipulated Request for Order Shortening Time is GRANTED. It is hereby ORDERED that Plaintiff's Motion to Stay will be heard on October 14, 2016 at 9:00 a.m. Responses to Plaintiff's Motion to Stay are due October 10, 2016. Replies are due October 12, 2016.

**IT IS SO ORDERED.**

Dated: 9/30/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1